Case 2:25-cv-03836-JS    Document 1-1    Filed 07/29/25    Page 1 of 1
Initial Complaint - 7-29-26.pdf | Powered by Box

**Pro Se Electronic Filing**

**Name:**

**Alexander Flint**

**Email Address:**

**alex@flint.law**

**Phone Number**

**305-303-8711**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**NEW CASE**

**Case Number**

**NEW CASE**

**Description of Document(s)**

**Complaint**

**Terms of Submission**

**Yes**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**35 W. Seventh Street**

**City:**

**Media**

**State:**

**Pennsylvania**

**Zip Code:**

**19063**

Show empty values