IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FLINT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3836 |
| | : | |
| ARMANINO LLP, et al. | : | |

## **ORDER**

AND NOW, this 6th day of October, 2025, upon consideration of Plaintiff Alexander Flint's Motion to Strike and Proof of Notice, and Defendants Armanino LLP and Armanino Advisory LLP's response in opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Dkt. No. 10) is DENIED.

It is further ORDERED Flint shall have ten days from the date of this Order to file a certificate of merit.

It is further ORDERED Flint's Request for Entry of Default (Dkt. No. 12) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.